PROB 34
(Rev. 5/01)

**Report and Order Terminating Probation**

UNITED STATES DISTRICT COURT

FOR THE

*District of Guam*

FILED
DISTRICT COURT OF GUAM
SEP - 1 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v.

JAMES G. SABLAN

CRIMINAL CASE NO. CR 02-00012-001

It appearing that the above named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **August 14, 2006**, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

RECEIVED
AUG 3 1 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

cc: Karon V. Johnson, AUSA
Michael Green, Defense Attorney
File

### ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this _1st_ day of September 2006.

_____
HONORABLE JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge
District of Guam

ORIGINAL