ORIGINAL

SABLAN_J.stpgar

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAR - 8 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES G. SABLAN,<br><br>    Defendant,<br><br>BANK OF GUAM,<br><br>    Garnishee. | CRIMINAL CASE NO. 02-00012<br><br>STIPULATED MOTION FOR WRIT OF CONTINUING GARNISHMENT |

WHEREAS Defendant, JAMES G. SABLAN, Social Security Number XXX-XX-5920, has requested that monies available in the judgment defendant's account number XXXX-XX_2774_, in the amount of $500.00 per month beginning April 15, 2007 and continuing thereafter on the 15th of every month or when funds are available, be made payable to the Clerk, U.S. District Court of Guam for payment toward Defendant JAMES G. SABLAN's restitution and fine that are due and owing;

//

Plaintiff, UNITED STATES OF AMERICA, and Defendant, JAMES G. SABLAN, hereby jointly move the Court for an order of a writ of continuing garnishment on the monies available in the judgment defendant's account number XXXX-XX 2774, in the amount of $500.00 per month, beginning April 15, 2007 and continuing thereafter on the 15th of every month or when funds are available, until Defendant JAMES G. SABLAN's restitution and fine obligations are paid in full.

The parties further agree that this garnishment may thereafter be further modified and amended upon stipulation of the parties; or, should the parties fail to agree upon the terms of a new writ of continuing garnishment, the Court may, after motion by plaintiff, issue a Final Order for Continuing Garnishment.

Dated: 3-8-07

JAMES G. SABLAN
Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 3/8/07

By: MARIVIC P. DAVID
Assistant U.S. Attorney