**SABLAN_J.writ**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 02-00012 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **WRIT OF CONTINUING GARNISHMENT** |
| ) | |
| JAMES G. SABLAN, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| BANK OF GUAM, ) | |
| ) | |
| Garnishee. ) | |

Upon stipulated motion of Plaintiff and Defendant for an order of Writ of Continuing Garnishment on Defendant, JAMES G. SABLAN's account number XXXX-XX2774, in the amount of $500.00 per month, beginning April 15, 2007 and continuing thereafter on the 15th of every month or when funds become available;

//

//

IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on account number XXXX-XX2774, in the amount of $500.00 per month of Defendant JAMES G. SABLAN, Social Security Number XXX-XX-5920, beginning April 15, 2007 and continuing thereafter on the 15th of every month or when funds become available, until further notice.

Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT OF GUAM**

and mailed to:

U.S. District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

with a reference to court number **CR 02-00012** to ensure his account is properly credited.

DATED this 12th day of March, 2007.

**/s/ Hon. Frances M. Tydingco-Gatewood**
**Chief Judge**