SABLAN_J.ord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 02-00012 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **O R D E R** |
| JAMES G. SABLAN, | ) | Re: United States Petition for Credit of Payment |
| Defendant. | ) | |

Based upon the Plaintiff's Petition for Credit of Payment, the Court hereby orders the Clerk's Office of the U.S. District Court of Guam credit the amount of $5,000.00 paid by Defendant SABLAN in *SMC Joint Venture vs. Bank of Guam, et al., CV 0796-00*.

**IT IS SO ORDERED**.

/s/ **Frances M. Tydingco-Gatewood**
　　　**Chief Judge**
　　**Dated: Jul 17, 2007**