ORIGINAL

SABLAN_J.ter

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
JUL 19 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JAMES G. SABLAN,<br><br>  Defendant,<br><br>BANK OF GUAM,<br><br>  Garnishee. | CRIMINAL CASE NO. 02-00012<br><br>**MOTION TO TERMINATE WRIT OF CONTINUING GARNISHMENT** |

On or about March 12, 2007, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about July 10, 2007, payment in full was made. Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant JAMES G. SABLAN.

DATED this ___18th___ day of ___July___, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

Case 1:02-cr-00012   Document 369   Filed 07/19/2007   Page 1 of 1