ORIGINAL

SABLAN_J.pet2

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
JUL 24 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 02-00012 |
| Plaintiff, ) | |
| ) | PETITION TO TRANSFER |
| v. ) | PAYMENT FROM THE RESTITUTION |
| ) | FUND TO THE CRIME VICTIM |
| JAMES G. SABLAN, ) | FUND AND REFUND |
| ) | OVERPAYMENT |
| Defendant. ) | |

PETITION

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court for the entry of an order to transfer payments from the Restitution Fund to the Crime Victim Fund and to refund the overpaid portion of the restitution imposed against the Defendant in the above entitled action and in support hereof, states as follows:

1. On or about August 15, 2003, sentence was imposed by this Court against Defendant JAMES G. SABLAN (hereinafter referred to as "Defendant SABLAN"). Among other things, a $100.00 special assessment fee, restitution in the amount of $33,300.00 and a $5,000.00 fine were ordered. See Attachment "A."

//

//

2. Defendant SABLAN made payments totaling $40,364.00, of which $30,009.01 was deposited to the Restitution Fund, $5,000.00 was credited to restitution from Defendant SABLAN's payment in *SMC Joint Venture vs. Bank of Guam, et al., CV 0796-00* and $5,354.99 was deposited in the Crime Victim Fund.

3. Interest accrued at the legal rate of 1.35% and a total of $1,203.22 in interest had accrued on Defendant SABLAN's court ordered restitution.

4. Interest accrued at the legal rate of 1.35% and a total of $259.98 in interest had accrued on Defendant SABLAN's court ordered fine.

5. The following was imposed against Defendant:

| | |
|---|---|
| $ 100.00 | Amount of assessment fee |
| $33,300.00 | Amount of restitution |
| $ 1,203.22 | Amount of restitution interest |
| $ 5,000.00 | Amount of fine |
| $ 259.98 | Amount of fine interest |
| $ 5,000.00 | Amount credited towards restitution from *SMC Joint Venture vs. Bank of Guam, et al., CV 0796-00* (See attachment B) |
| $35,364.00 | Amount collected (See attachment C) |
| $ 500.80 | Amount overpaid |

//
//
//
//
//
//
//
//
//
//

6. Plaintiff respectfully requests that the amount of $4.99 paid by or on behalf of Defendant SABLAN and deposited in the Restitution Fund be transferred to the Crime Victims Fund in full satisfaction of the fine interest accrued.

| | | |
|---|---|---|
| $ 5,359.98 | Amount of Special Assessment Fee + Fine/Fine interest owed |
| $ 5,354.99 | Amount paid and deposited in the Crime Victim Fund |
| $ 4.99 | Amount of fine interest still owed |

7. In the interest of justice, the amount of $500.80 paid by or on behalf of Defendant SABLAN be refunded to him by issuing a check in the amount of $500.80 to James G. Sablan and mailing the check to his last known address as provided by plaintiff.

8. Plaintiff further requests that any future payments made by defendant be refunded to him.

DATED this 24th day of July, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: *signature*

MARIVIC P. DAVID
Assistant U.S. Attorney

U.S. Atty

# UNITED STATES DISTRICT COURT

District of __GUAM__

UNITED STATES OF AMERICA
v.
JAMES G. SABLAN

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: CR-02-00012-001

MICHAEL GREEN
Defendant's Attorney

**FILED**
DISTRICT COURT OF GUAM
AUG 19 2003
MARY L. M. MORAN
CLERK OF COURT

**THE DEFENDANT:**

X  pleaded guilty to count(s) __IX__

☐  pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐  was found guilty on count(s) _____ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 1957 and 666(a)(1)(A) | ENGAGING IN MONETARY TRANSACTIONS IN PROPERTY DERIVED FROM SPECIFIED UNLAWFUL ACTIVITY | 05/14/1998 | IX |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) __I thru VIII and X thru XVIII__  ☐ is  X are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: ████ 5920

Defendant's Date of Birth: ████ 1950

Defendant's USM No.: 02294-093

Defendant's Residence Address:
████████
TI, GUAM 96915

Defendant's Mailing Address:
████████
TI, GUAM 96915

08/15/2003
Date of Imposition of Judgment

*Alex R. Munson*
Signature of Judicial Officer

ALEX R. MUNSON, U.S. DISTRICT COURT JUDGE
Name and Title of Judicial Officer

AUG 19 2003
Date

A

08-16-2003 09:45am From-US DISTRICT COURT, NMI +16702382911 T-784 P.003/006 F-564
Aug-18-03 08:59am From-U S DISTRICT COURT GUAM 6714735152 T-642 P.002/007 F-084

AO 245B (Rev. 3/01) Judgment in a Criminal Case
Sheet 4—Probation

Judgment—Page 2 of 5

DEFENDANT: JAMES G. SABLAN
CASE NUMBER: CR-02-00012-001

# PROBATION

The defendant is hereby sentenced to probation for a term of   3 YEARS

While on Probation, the defendant shall participate in a financial management program to pay any monetary penalties.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter.

X  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

X  The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

08-19-2003 08:45am From-US DISTRICT COURT, NMI +16732302911 T-794 P.004/008 F-564
Aug-18-03 08:00am From-U S DISTRICT COURT GUAM 6714738152 T-842 P.003/007 F-054

Judgment—Page 3 of 5

DEFENDANT: JAMES G. SABLAN
CASE NUMBER: CR-02-00012-001

## ADDITIONAL PROBATION TERMS

1. DEFENDANT SHALL OBEY ALL FEDERAL, STATE AND LOCAL LAWS.

2. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF PROBATIONS AS SET FORTH BY THE U.S. PROBATION OFFICE.

3. DEFENDANT SHALL NOT USE OR POSSESS ILLEGAL CONTROLLED SUBSTANCES.

4. DEFENDANT SHALL REFRAIN FROM THE USE OF ANY AND ALL ALCOHOLIC BEVERAGES.

5. DEFENDANT SHALL NOT INCUR ANY NEW CREDIT CHARGES OR OPEN ADDITIONAL LINES OF CREDIT WITHOUT THE APPROVAL OF THE U.S. PROBATION OFFICE.

6. DEFENDANT SHALL PROVIDE THE U.S. PROBATION OFFICE ACCESS TO ANY REQUESTED FINANCIAL INFORMATION.

7. DEFENDANT SHALL PAY RESTITUTION JOINTLY AND SEVERALLY WITH CO-DEFENDANT, MARILYN MANIBUSAN, IN UNITED STATES DISTRICT COURT CRIMINAL CASE NUMBER 02-12, IN THE AMOUNT OF $33,300. PAYMENTS SHALL BE REMITTED TO THE CLERK OF COURT, 4TH FLOOR, U.S. COURTHOUSE, 520 WEST SOLEDAD AVENUE, HAGATNA, GUAM 96910 WHICH SHALL BE DISTRIBUTED TO THE VICTIM:

    SHINIL PACIFIC
    P.O. BOX 11319
    TAMUNING, GUAM 96931

8. DEFENDANT SHALL OBTAIN AND MAINTAIN GAINFUL EMPLOYMENT.

9. DEFENDANT SHALL PERFORM 500 HOURS OF COMMUNITY SERVICE.

Judgment — Page 4 of 5

DEFENDANT: JAMES G. SABLAN
CASE NUMBER: CR-02-00012-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 100.00 | $ 5,000.00 | $ 33,300.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| SHINIL PACIFIC<br>P.O. BOX 11319<br>TAMUNING, GUAM 96931 |  | $ 33,300.00 |  |
| TOTALS | $ _____ | $ 33,300.00 |  |

☐ If applicable, restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the ☐ fine and/or ☐ restitution.

☐ the interest requirement for the ☐ fine and/or ☐ restitution is modified as follows:

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

08-19-2003 09:46am From-US DISTRICT COURT, NMI +16702362911 T-794 P.006/006 F-564
Aug-18-03 09:00am From-U S DISTRICT COURT GUAM 6714738152 T-642 P.005/007 F-094

Judgment — Page 5 of 5

DEFENDANT: JAMES G. SABLAN
CASE NUMBER: CR-02-00012-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  X  Lump sum payment of $ 100.00 due immediately, balance due

    ☐ not later than _____, or
    ☐ in accordance with ☐ C, ☐ D, or ☐ E below; or

B  ☐  Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ E below); or

C  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

X  Joint and Several

    Defendant Name, Case Number, and Joint and Several Amount:
    MARILYN D.A. MANIBUSAN, CR-02-00012, $33,300.00

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

SABLAN_J.ord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 02-00012 |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| | ) | Re: United States Petition for Credit |
| JAMES G. SABLAN, | ) | of Payment |
| | ) | |
| Defendant. | ) | |

Based upon the Plaintiff's Petition for Credit of Payment, the Court hereby orders the Clerk's Office of the U.S. District Court of Guam credit the amount of $5,000.00 paid by Defendant SABLAN in *SMC Joint Venture vs. Bank of Guam, et al., CV 0796-00.*

**IT IS SO ORDERED**.

/s/ **Frances M. Tydingco-Gatewood**
   **Chief Judge**
   Dated: Jul 17, 2007



# District Court of Guam
# Fees Report

Case: CR-02-00012

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 08/15/2003 | 0022883 | SABLAN, JAMES G. | CR-02-00012: CR-02-00012-001<br>USA VS JAMES G. SABLAN<br>Assessments/Fines<br>Check Info: 101-511 #8018<br>  Assessments/Fines | $ 100.00 |
| | | | Payment Type(s)<br>  Check | $ 100.00 |
| 10/16/2003 | 0023224 | SABLAN, JAMES G. | CR-02-00012: CR-02-00012<br>USA vs JAMES G. SABLAN<br>Restitution<br>  Restitution | $ 250.00 |
| | | | Payment Type(s)<br>  Cash | $ 250.00 |
| 11/05/2003 | 0023361 | SABLAN, JAMES G. | CR-02-00012: CR-02-00012-001<br>USA vs JAMES G. SABLAN, et. al.<br>Restitution<br>  Restitution | $ 250.00 |
| | | | Payment Type(s)<br>  Cash | $ 250.00 |
| 12/04/2003 | 0023518 | SABLAN, JAMES G. | CR-02-00012: CR-02-00012<br>USA vs JAMES G. SABLAN<br>Restitution<br>  Restitution | $ 250.00 |
| | | | Payment Type(s)<br>  Cash | $ 250.00 |
| 01/08/2004 | 0023684 | SABLAN, JAMES G. | CR-02-00012: CR-02-00012<br>USA vs JAMES G. SABLAN<br>Restitution<br>  Restitution | $ 250.00 |
| | | | Payment Type(s)<br>  Cash | $ 250.00 |



Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---|
| 02/05/2004 | 0023823 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: CR-02-00012 RE: USA vs JAMES G. SABLAN Restitution | | |
| | | | Restitution | $ | 250.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 250.00 |
| 03/05/2004 | 0023994 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: CR-02-00012 USA vs JAMES G. SABLAN Restitution | | |
| | | | Restitution | $ | 250.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 250.00 |
| 04/05/2004 | 0024171 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: CR-02-00012 USA vs JAMES G. SABLAN Restitution | | |
| | | | Restitution | $ | 250.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 250.00 |
| 05/05/2004 | 0024416 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: CR-02-00012 USA vs JAMES G. SABLAN Restitution | | |
| | | | Restitution | $ | 250.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 250.00 |
| 06/04/2004 | 0024594 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: CR-02-00012 USA vs JAMES G. SABLAN Restitution | | |
| | | | Restitution | $ | 250.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 250.00 |

# District Court of Guam
# Fees Report

Case: CR-02-00012

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 07/06/2004 | 0024760 | SABLAN, JAMES G. | CR-02-00012: CR-02-00012<br>USA vs JAMES G. SABLAN<br>Restitution<br>  Restitution | $ 250.00 |
| | | | Payment Type(s)<br>  Cash | $ 250.00 |
| 08/05/2004 | 0024929 | SABLAN, JAMES G. | CR-02-00012: CR-02-00012<br>RE: USA vs JAMES G. SABLAN<br>Restitution<br>  Restitution | $ 250.00 |
| | | | Payment Type(s)<br>  Cash | $ 250.00 |
| 09/07/2004 | 0025105 | SABLAN, JAMES G. | CR-02-00012: CR-02-00012-001<br>USA vs JAMES G. SABLAN<br>Restitution<br>  Restitution | $ 250.00 |
| | | | Payment Type(s)<br>  Cash | $ 250.00 |
| 10/05/2004 | 0025256 | SABLAN, JAMES G. | CR-02-00012: CR-02-00012<br>USA vs JAMES G. SABLAN<br>Restitution<br>  Restitution | $ 300.00 |
| | | | Payment Type(s)<br>  Cash | $ 300.00 |
| 11/04/2004 | 0025390 | SABLAN, JAMES G. | CR-02-00012: CR-02-00012<br>USA vs JAMES G. SABLAN, Restitution<br>  Restitution | $ 300.00 |
| | | | Payment Type(s)<br>  Cash | $ 300.00 |

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---:|
| 12/06/2004 | 0025560 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: CR-02-00012 USA vs JAMES G. SABLAN Restitution | | |
| | | | Restitution | $ | 300.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 300.00 |
| 01/05/2005 | 0025695 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: CR-02-00012 USA vs JAMES G. SABLAN Restitution | | |
| | | | Restitution | $ | 300.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 300.00 |
| 02/04/2005 | 0025859 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: CR-02-00012 USA vs JAMES G. SABLAN Restitution | | |
| | | | Restitution | $ | 300.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 300.00 |
| 03/04/2005 | 0026019 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: CR-02-00012 USA vs JAMES G. SABLAN Restitution | | |
| | | | Restitution | $ | 300.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 300.00 |
| 04/05/2005 | 0026176 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: CR-02-00012 USA vs JAMES G. SABLAN Restitution | | |
| | | | Restitution | $ | 300.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 300.00 |

# District Court of Guam
# Fees Report

Case: CR-02-00012

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---|
| 05/05/2005 | 0026331 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: CR-02-00012 USA vs JAMES G. SABLAN Restitution | | |
| | | | Restitution | $ | 300.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 300.00 |
| 05/31/2005 | 0026485 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: CR-02-00012 USA vs JAMES G. SABLAN Restitution | | |
| | | | Restitution | $ | 300.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 300.00 |
| 07/05/2005 | 0026676 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: CR-02-00012 USA vs JAMES G. SABLAN Restitution | | |
| | | | Restitution | $ | 300.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 300.00 |
| 08/05/2005 | 0026879 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: CR-02-00012 USA vs JAMES G. SABLAN Restitution | | |
| | | | Restitution | $ | 300.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 300.00 |
| 09/13/2005 | 0027069 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: CR-02-00012 USA vs JAMES G. SABLAN Restitution | | |
| | | | Restitution | $ | 300.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 300.00 |

# District Court of Guam
# Fees Report

Case: CR-02-00012

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---|
| 10/05/2005 | 0027220 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: CR-02-00012 USA vs JAMES G. SABLAN Restitution | | |
| | | | Restitution | $ | 200.00 |
| | | | Payment Type(s) Cash | $ | 200.00 |
| 11/04/2005 | 0027474 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: USA v. Sablan Party: SABLAN, JAMES G. | | |
| | | | Restitution | $ | 200.00 |
| | | | Payment Type(s) Cash | $ | 200.00 |
| 12/05/2005 | 0027647 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: USA v. Sablan Party: SABLAN, JAMES G. | | |
| | | | Restitution | $ | 200.00 |
| | | | Payment Type(s) Cash | $ | 200.00 |
| 01/05/2006 | 0027855 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: USA v. Sablan Party: SABLAN, JAMES G. | | |
| | | | Restitution | $ | 225.00 |
| | | | Payment Type(s) Cash | $ | 225.00 |
| 02/06/2006 | 0028039 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: USA v. Sablan Party: SABLAN, JAMES G. | | |
| | | | Restitution | $ | 200.00 |
| | | | Payment Type(s) Cash | $ | 200.00 |
| 03/01/2006 | 0028192 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: USA v. Sablan Party: SABLAN, JAMES G. | | |
| | | | Restitution | $ | 225.00 |
| | | | Payment Type(s) Cash | $ | 225.00 |

7/17/2007 9:45 am                                                                                                                       Page 6 of 9

Case 1:02-cr-00012    Document 372    Filed 07/24/2007    Page 15 of 18

# District Court of Guam
# Fees Report

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---|
| 04/05/2006 | 0028393 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: USA v. Sablan<br>Party: SABLAN, JAMES G.<br>Restitution | $ | 200.00 |
| | | | Payment Type(s)<br>Cash | $ | 200.00 |
| 05/05/2006 | 0028524 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: USA v. Sablan<br>Party: SABLAN, JAMES G.<br>Restitution | $ | 200.00 |
| | | | Payment Type(s)<br>Cash | $ | 200.00 |
| 06/05/2006 | 0028672 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: USA v. Sablan<br>Party: SABLAN, JAMES G.<br>Restitution | $ | 200.00 |
| | | | Payment Type(s)<br>Cash | $ | 200.00 |
| 07/31/2006 | 0029158 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: USA v. Sablan<br>Party: SABLAN, JAMES G.<br>Restitution | $ | 200.00 |
| | | | Payment Type(s)<br>Cash | $ | 200.00 |
| 08/07/2006 | 0029326 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: USA v. Sablan<br>Party: SABLAN, JAMES G.<br>Restitution | $ | 200.00 |
| | | | Payment Type(s)<br>Cash | $ | 200.00 |
| 09/14/2006 | 0029931 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: USA v. Sablan<br>Party: SABLAN, JAMES G.<br>Restitution | $ | 200.00 |
| | | | Payment Type(s)<br>Cash | $ | 200.00 |

7/17/2007 9:45 am                                                                                    Page 7 of 9

Case 1:02-cr-00012    Document 372    Filed 07/24/2007    Page 16 of 18

# District Court of Guam
# Fees Report

Case: CR-02-00012

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---|
| 10/11/2006 | 0030153 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: USA v. Sablan<br>Party: SABLAN, JAMES G.<br>Restitution | $ | 200.00 |
| | | | Payment Type(s)<br>Cash | $ | 200.00 |
| 11/09/2006 | 0030379 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: USA v. Sablan<br>Party: SABLAN, JAMES G.<br>Restitution | $ | 200.00 |
| | | | Payment Type(s)<br>Cash | $ | 200.00 |
| 12/08/2006 | 0030553 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: USA v. Sablan<br>Party: SABLAN, JAMES G.<br>Restitution | $ | 200.00 |
| | | | Payment Type(s)<br>Cash | $ | 200.00 |
| 01/04/2007 | 0030706 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: USA v. Sablan<br>Party: SABLAN, JAMES G.<br>Restitution | $ | 200.00 |
| | | | Payment Type(s)<br>Cash | $ | 200.00 |
| 02/08/2007 | 0030954 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: USA v. Sablan<br>Party: SABLAN, JAMES G.<br>Restitution | $ | 200.00 |
| | | | Payment Type(s)<br>Cash | $ | 200.00 |
| 03/06/2007 | 0031078 | SABLAN, JAMES G. | | | |
| | | | CR-02-00012: USA v. Sablan<br>Party: SABLAN, JAMES G.<br>Restitution | $ | 200.00 |
| | | | Payment Type(s)<br>Cash | $ | 201.50 |

# District Court of Guam
# Fees Report

Case: CR-02-00012

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---|
| 04/16/2007 | 0031304 | BANK OF GUAM | | | |
| | | | CR-02-00012: USA v. Sablan<br>Party: SABLAN, JAMES G.<br>  Restitution | $ | 500.00 |
| | | | Payment Type(s)<br>  Check #789006 101-511/1214 | $ | 500.00 |
| 06/13/2007 | 0031644 | BANK OF GUAM | | | |
| | | | CR-02-00012: USA v. Sablan<br>Party: SABLAN, JAMES G.<br>  Restitution | $ | 1,000.00 |
| | | | Payment Type(s)<br>  Check #791987 101-511/1214<br>  Check #791988 101-511/1214 | $<br>$ | 500.00<br>500.00 |
| 07/10/2007 | 0031834 | PACIFIC AMERICAN TITLE | | | |
| | | | CR-02-00012: USA v. Sablan<br>Party: SABLAN, JAMES G.<br>  Assessments/Fines<br>  Restitution | $<br>$ | 5,254.99<br>17,759.01 |
| | | | Payment Type(s)<br>  Check #5962 59-101/1213 | $ | 23,014.00 |
| 07/12/2007 | 0031861 | BANK OF GUAM | | | |
| | | | CR-02-00012: USA v. Sablan<br>Party: SABLAN, JAMES G.<br>  Restitution | $ | 500.00 |
| | | | Payment Type(s)<br>  Check #792746 101-511/1214 | $ | 500.00 |