SABLAN_J.ord2

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 02-00012 |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| | ) | Re: United States Petition for Credit of Payment |
| JAMES G. SABLAN, | ) | |
| Defendant. | ) | |

Based upon the Plaintiff's Petition to Transfer Payment from the Restitution Fund to the Crime Victim Fund and Refund Overpayment, the Court hereby orders the amount of $4.99 shall be transferred from the Restitution Fund to the Crime Victims Fund and applied as payment in full of the fine interest imposed in this case against defendant. The Court further orders the overpaid portions of the restitution in the amount of $500.80 shall be refunded to James G. Sablan by mailing a check to his last known address as provided by the plaintiff. Any future payments made by Defendant James G. Sablan shall be refunded to him.

**IT IS SO ORDERED**.

/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Jul 25, 2007**