ORIGINAL

SABLAN_J.facg

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
JUL 25 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 02-00012 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| JAMES G. SABLAN, ) | |
| Defendant, ) | |
| BANK OF GUAM, ) | |
| Garnishee. ) | |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed or electronically filed copy of the following: **Motion to Terminate Writ of Continuing Garnishment, Order Re: United States Motion to Terminate Writ of Continuing Garnishment** and **Final Accounting Upon Termination Garnishment** were sent to the defendant and garnishee by mail on _July 25, 2007_.

_MICHELLE PEREZ_
MICHELLE PEREZ