FILED
DISTRICT COURT OF GUAM
JUN 0 6 2008
JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARILYN D.A. MANIBUSAN,<br><br>Defendant. | CRIMINAL CASE NO. 02-00012-002<br><br>RECEIPT OF EXHIBITS |

I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

[ X ] Government's     [ ] Defendant's     [ ] Joint

**EXHIBIT NO.**     **DESCRIPTION**

See attached Minute Entry filed 3/18/2003

_____
Signature

EVANGELYN PHELPS
Name

6-6-08
Date

UNITED STATES ATTORNEYS OFFICE
Office/Firm Receiving Exhibits

# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

CR-02-00012  
March 17, 2003  
9:08 a.m.

### UNITED STATES OF AMERICA -v- MARILYN D.A. MANIBUSAN

PRESENT:  Hon. Alex R. Munson, Designated Judge  
Wanda Miles, Court Reporter  
Sherry Tenorio, Law Clerk (NMI)  
K. Lynn Lemieux, Courtroom Deputy (NMI)  
Karon Johnson, Assistant U. S. Attorney  
Jeff Strand, Assistant U.S. Attorney  
Rawlen Mantanona, Defense Counsel  
Marilyn D. A. Manibusan, Defendant

PROCEEDINGS:  JURY TRIAL - Day Sixteen

Government by Karon Johnson and Jeff Strand, AUSAs. Also present was Dave Herbert, FBI Agent. Attorney Rawlen Mantanona was present on behalf of defendant Marilyn D.A. Manibusan. Ms. Won was present as interpreter/translator. Also present were 12 regular jurors and 5 alternate jurors.

Government continued with the CX of witness Sherman. RDX. Reference to M337 - Performance Bond; M338 (Performance Bond KIC-7432-PF). Defense moved M338 into evidence; there being no objection, Court so ordered. RCX

Court recessed the jurors for morning break at 10:20 a.m. and all jurors left the courtroom. Counsel discussed scheduling of witnesses and juror instructions.

Court recessed at 10:23 a.m. and reconvened at 10:47 a.m.

Defense called witness:

**EDWARD CHOI**. (Officer of SMC Joint Venture) DX. Reference to M56, M52. Defense moved into evidence Ex. M52; there being no objection, Court so ordered. CX.

Court recessed for lunch at 12:00 noon and reconvened at 1:36 p.m.

Government called a rebuttal witness (out of order as stipulated by parties):

**VAUGHN C. WATSON.** (Architect) Govt. DX.CX.

Mr. Watson was excused and Mr. Choi took the witness stand.

Government continued with CX of witness Choi. RDX. RCX.

Defense called witness:

**CLYDE BEAVER.** (Guam Housing Corporation). DX.

Court recessed for afternoon break at 3:05 p.m. and reconvened at 3:37 p.m.

Defense continued with DX of witness Beaver. Defense moved to admit into evidence M1, M5, M8 and M9. Government objected to M1. Court received M5, M8, and M9. Court received M1 over Government's object. CX of witness by Government. RDX. Defense moved to admit into evidence Ex. M17; there being no objection, Court so ordered.

Defense rested their case at 4:15 p.m.

Court excused the jurors for the evening at 4:16 p.m. with the admonition not to talk with anyone or amongst themselves regarding trial.

Adjourned at 4:18 p.m

K. Lynn Lemieux, Court Deputy

| | | | | |
|---|---|---|---|---|
| United States of Amrica vs. Marilyn D.A. Manibusan | | | District Court of Guam | |
| Government's Counsel: Karon Johnson, AUSA Jeff Strand, AUSA | | Defendants' Attorneys: Rawlen Mantanona, Esq. | Docket Number CR-02-00012 | |
| | | | Trial Date(s) February 24 - March 17, 2003 | |
| Designated Judge Alex R. Munson | | Court Reporter Wanda Miles | Courtroom Deputy K. Lynn Lemieux | |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 02/26/03 | 02/26/03 | 02/26/03 | Public Law 8-80 |
| 2 | | 02/26/03 | 02/26/03 | 02/26/03 | Public Law 20-210 |
| 3 | | 02/26/03 | 02/26/03 | 02/26/03 | Title 21 Guam Code, Chapter 60, Article 4, Sec. 60401-60411 |
| 4 | | 02/26/03 | 02/26/03 | 02/26/03 | Title 21 Guam Code, Sec. 62106 & 62107 |
| 5 | | 02/26/03 | 02/26/03 | 02/26/03 | Title 21 Guam Code, Sec. 66601-66615 |
| 6 | | 02/26/03 | 02/26/03 | 02/26/03 | Title 9 Guam Code, Sec. 49.10 & 49.30 |
| 7 | | 02/26/03 | 02/26/03 | 02/26/03 | Territorial Land Use Commission Territorial Seashore Protection Commission, Rules and Regulations |
| 8 | | 02/26/03 | 02/26/03 | 02/26/03 | Title 12 Guam Code Sections 4101-4115 |
| 9 | | 02/26/03 | 02/26/03 | 02/26/03 | Title 4 Guam Code, Chapter 15 |
| W1 | | 02/26/03 | ............ | ............... | TERRY TOVES |
| 135 | | 02/26/03 | 02/26/03 | 02/26/03 | Minutes of TLUC meeting, March 27, 1997 |
| 136 | | 02/26/03 | 02/26/03 | 02/26/03 | Verbatim transcript of TLUC meeting, March 27, 1997 |
| 121 | | 02/26/03 | 02/26/03 | 02/26/03 | Cassettte tape of TLUC meeting, February 13, 1997 |
| 122 | | 02/26/03 | 02/26/03 | 02/26/03 | Cassettte tape of TLUC meeting, February 27, 1997 |
| 123 | | 02/26/03 | 02/26/03 | 02/26/03 | Cassettte tape of TLUC meeting, March 13, 1997 |
| 124 | | 02/26/03 | 02/26/03 | 02/26/03 | Cassettte tape of TLUC meeting, March 27, 1997 |
| 125 | | 02/26/03 | 02/26/03 | 02/26/03 | Cassettte tape of TLUC meeting, April 28, 1998 |
| 126 | | 02/26/03 | 02/26/03 | 02/26/03 | Cassettte tape of TLUC meeting, May 28, 1998 |
| 127 | | 02/26/03 | 02/26/03 | 02/26/03 | Cassettte tape of TLUC meeting, June 25, 1998 |
| 128 | | 02/26/03 | 02/26/03 | 02/26/03 | Cassettte tape of TLUC meeting, June 30, 1998 |
| 129 | | 02/26/03 | 02/26/03 | 02/26/03 | Cassettte tape of TLUC meeting, February 13, 1997 |
| 130 | | 02/26/03 | 02/26/03 | 02/26/03 | Verbatim transcript of TLUC meeting cassette tape, February 13, 1997 |
| 131 | | 02/26/03 | 02/26/03 | 02/26/03 | Minutes of TLUC meeting, February 27, 1997 |
| 132 | | 02/26/03 | 02/26/03 | 02/26/03 | Verbatim transcript of TLUC meeting cassette tape, February 27, 1997 |
| 133 | | 02/26/03 | 02/26/03 | 02/26/03 | Minutes of TLUC meeting, March 13, 1997 |
| 134 | | 02/26/03 | 02/26/03 | 02/26/03 | Verbatim transcript of TLUC meeting cassette tape, March 13, 1997 |
| 137 | | 02/26/03 | 02/26/03 | 02/26/03 | Minutes of GLUC meeting, April 28, 1998 |
| 138 | | 02/26/03 | 02/26/03 | 02/26/03 | Verbatim transcript of GLUC meeting cassette, April 28, 1998 |
| 139 | | 02/26/03 | 02/26/03 | 02/26/03 | Minutes of GLUC meeting, May 28, 1998 |
| 140 | | 02/26/03 | 02/26/03 | 02/26/03 | Verbatim transcript of GLUC meeting cassette tape, May 28, 1998 |
| 141 | | 02/26/03 | 02/26/03 | 02/26/03 | Minutes of GLUC meeting, June 25, 1998 |
| 142 | | 02/26/03 | 02/26/03 | 02/26/03 | Minutes of GLUC meeting, June 30, 1998 |
| 143 | | 02/26/03 | 02/26/03 | 02/26/03 | Verbatim transcript of GLUC meeting cassette tape, June 30, 1998 |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W2 | | 02/26/03 | ---------- | ---------- | CARL J.C. AGUON |
| W3 | | 02/26/03 | ---------- | ---------- | MARY GUERRERO |
| 11 | | 02/26/03 | 02/26/03 | 02/27/03 | GHC record of Federal Home Loan Bank notes and loans from 1996-2000 |
| 12 | | 02/26/03 | 02/26/03 | 02/27/03 | March 22, 1995 Guam Housing and Guam Rental Corporation Board of Directrs Resolution No. 95-04 |
| 20 | | 02/26/03 | 02/26/03 | 02/27/03 | Diagram of floor plan GHC office in Tiyan |
| W4 | | 02/27/03 | ---------- | ---------- | JIN HEE LEE |
| 21 | | 02/27/03 | 02/27/03 | 02/27/03 | Santos Ocean Village brochure |
| 49 | | 02/27/03 | 02/27/03 | 02/27/03 | Photo of Jinhee Lee greeting Manibusan at the Pusan Airport, March 27, 1996 |
| 50 | | 02/27/03 | 02/27/03 | 02/27/03 | Photo of meeting in Pusan between Jinhee Lee, Sablan and Manibusan |
| 51 | | 02/27/03 | 02/27/03 | 02/27/03 | Photo of meeting in Pusan prior to signing first contract, Jinhee Lee and Sablan |
| 52 | | 02/27/03 | 02/27/03 | 02/27/03 | Photo of Manibusan and Jinhee Lee at hotel in Pusan |
| 53 | | 02/27/03 | 02/27/03 | 02/27/03 | Photo of Manibusan and Jinhee Lee at hotel in Pusan |
| 54 | | 02/27/03 | 02/27/03 | 02/27/03 | Photo of Marilyn Manibusan, Jinhee Lee executing contract, Alejandrina Manibusan and Interpreter in hotel |
| 55 | | 02/27/03 | 02/27/03 | 02/27/03 | Photo of Marilyn Manibusan, Jinhee Lee and Alejandring Manibusan after contract signed at hotel in Pusan |
| 148 | | 02/27/03 | 02/27/03 | 02/27/03 | Copy of passport of James Sablan |
| 149 | | 02/27/03 | 02/27/03 | 02/27/03 | Copy of passport of Marilyn Manibusan |
| 56 | | 02/27/03 | 02/27/03 | 02/27/03 | Photo of Jinhee Lee, Gus Gogue and others touring Manibusan land in April 1996 |
| 57 | | 02/27/03 | 02/27/03 | 02/27/03 | Photo of Judge and Mrs. Manibusan, James Sablan, Jinhee Lee and other at hotel |
| 58 | | 02/27/03 | 02/27/03 | 02/27/03 | Photo at church with silk flowers provide by Jinhee Lee |
| 59 | | 02/27/03 | 02/27/03 | 02/27/03 | Photo at church |
| 60 | | 02/27/03 | 02/27/03 | 02/27/03 | Photo of Sablan singing karaoke at residence on Nimitz Hill |
| 61A | | 02/27/03 | 02/27/03 | 02/27/03 | Original agreement signed April 15, 1997 |
| 61B | | 02/27/03 | 02/27/03 | 02/27/03 | Addendum executed July 16, 1997 |
| 62 | | 02/27/03 | 02/27/03 | 02/27/03 | Ocean Housing Check for $2,000 to Lou O. Sablan, dated June 3, 1996 |
| 61 | | 02/27/03 | 02/27/03 | 02/27/03 | Contract between Jinhee Lee and Manibusan Enterprises to develop Manibusan land (two parts) |
| M33 | | 02/27/03 | 02/27/03 | 02/27/03 | (Offered by Gov.) Fax transmittal from Jinhee Lee to Marilyn Manibusan dated 12/18/96 |
| M25 | | 02/27/03 | 02/27/03 | 02/27/03 | (Offered by Gov.) Memorandum of Agreement between Min Hyo Han and Manibusan |
| 63 | | 02/27/03 | 02/27/03 | 02/27/03 | Ocean Housing check for $5,000 to Manibusan, dated March 11, 1997 |
| M36 | | 02/27/03 | 02/27/03 | 02/27/03 | (Offered by Gov.) Bottom check stub from OHC - $5,000 check to Marilyn Manibusan |
| M39 | | 02/27/03 | 02/27/03 | 02/27/03 | (Offered by Gov.) Check stub for OHC for $2,000 |
| 64 | | 02/27/03 | 02/27/03 | 02/27/03 | Ocean Housing check for $2,000 to Manibusan, dated April 15, 1997 |
| 150 | | 02/28/03 | 02/28/03 | 02/28/03 | Monthly Statemants for March, April, May, June, 1997 Ocean Housing, Bank of Hawaii checking account |
| W6 | | 02/28/03 | ---------- | ---------- | FRANK LEON GUERRERO CASTRO |
| 165 | | 03/03/03 | 03/03/03 | 03/03/03 | Copy of check to Frank Castro from Marilyn Manibusan dated April 30, 1996 |
| 166 | | 03/03/03 | 03/03/03 | 03/03/03 | Copy of check to Frank Castro from Marilyn Manibusan dated May 28, 1996 |
| 167 | | 03/03/03 | 03/03/03 | 03/03/03 | Copy of check to Frank Castro from Marilyn Manibusan dated May 6, 1996 |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 168 | | 03/03/03 | 03/03/03 | 03/03/03 | Copy of check to Frank Castro from Marilyn Manibusan dated May 8, 1996 |
| 169 | | 03/03/03 | 03/03/03 | 03/03/03 | Copy of check to Frank Castro from Marilyn Manibusan dated May 24, 1996 |
| 170 | | 03/03/03 | 03/03/03 | 03/03/03 | Copy of check to Frank Castro from Marilyn Manibusan dated June 14, 1996 |
| 171 | | 03/03/03 | 03/03/03 | 03/03/03 | Copy of check to Frank Castro from Marilyn Manibusan |
| 172 | | 03/03/03 | 03/03/03 | 03/03/03 | Copy of check to Frank Castro from Marilyn Manibusan dated August 12, 1996 |
| 173 | | 03/03/03 | 03/03/03 | 03/03/03 | Copy of check to Frank Castro from Marilyn Manibusan |
| | M331 | 03/03/03 | 03/03/03 | 03/03/03 | Handwritten Note from Frank Castro |
| | M332 | 03/03/03 | 03/03/03 | 03/03/03 | Handwritten Note from Frank Castro regarding topographic map services and fees due to date |
| 164 | | 03/03/03 | 03/03/03 | 03/03/03 | Contract |
| 163 | | 03/03/03 | 03/03/03 | 03/03/03 | Subdivision Map |
| W6 | | 03/03/03 | --------- | ---------- | **ANDREW PARK** |
| 118 | | 03/03/03 | 03/03/03 | 03/03/03 | Faith Corporation (Andrew Park) invoice to Ocean Housing Inc. Dated 3/31/1997 |
| W7 | | 03/03/03 | --------- | ---------- | **BYONG H. KIM** |
| 157 | | 03/03/03 | 03/03/03 | 03/03/03 | Notice of Action - TLUC |
| W8 | | 03/04/03 | --------- | ---------- | **JO WOO LEE** |
| 84 | | 03/04/03 | 03/04/03 | 03/04/03 | Shinil Pacific Corporation fax in Korean dated 1/28/97 |
| 85 | | 03/04/03 | 03/04/03 | 03/04/03 | Shinil Pacific Corporation fax in Korean dated 5/15/97 |
| 86 | | 03/04/03 | 03/04/03 | 03/04/03 | Shinil Pacific Corporation fax in Korean dated 5/21/97 |
| 87 | | 03/04/03 | 03/04/03 | 03/04/03 | Shinil Pacific Corporation fax in Korean dated 6/13/97 |
| 88 | | 03/04/03 | 03/04/03 | 03/04/03 | Shinil Pacific Corporation fax in Korean dated 6/24/97 |
| 89 | | 03/04/03 | 03/04/03 | 03/04/03 | Shinil Pacific Corporation fax in Korean dated 7/3/97 |
| 90 | | 03/04/03 | 03/04/03 | 03/04/03 | Shinil Pacific Corporation fax in Korean dated 4/8/98 |
| 91 | | 03/04/03 | 03/04/03 | 03/04/03 | Shinil Pacific Corporation fax in Korean dated 4/9/98 |
| 92 | | 03/04/03 | 03/04/03 | 03/04/03 | Shinil Pacific Corporation fax in Korean dated 6/30/98 |
| 93 | | 03/04/03 | 03/04/03 | 03/04/03 | Shinil Pacific Corporation fax in Korean dated 7/7/98 |
| 94 | | 03/04/03 | 03/04/03 | 03/04/03 | Shinil Pacific Corporation fax in Korean dated 8/8/98 |
| 95 | | 03/04/03 | 03/04/03 | 03/04/03 | Shinil Pacific Corporation fax in Korean dated 8/13/98 |
| 96 | | 03/04/03 | 03/04/03 | 03/04/03 | Shinil Pacific Corporation fax in Korean dated 8/13/98 |
| 97 | | 03/04/03 | 03/04/03 | 03/04/03 | Shinil Pacific Corporation fax in Korean dated 8/17/98 |
| 98 | | 03/04/03 | 03/04/03 | 03/04/03 | Shinil Pacific Corporation fax in Korean dated 11/24/98 |
| 99 | | 03/04/03 | 03/04/03 | 03/04/03 | Shinil Pacific Corporation fax in Korean dated 12/1/98 |
| 100 | | 03/04/03 | 03/04/03 | 03/04/03 | Shinil Pacific Corporation fax in Korean dated 12/4/98 |
| 101 | | 03/04/03 | 03/04/03 | 03/04/03 | English translation of fax dated 1/28/97 |
| 102 | | 03/04/03 | 03/04/03 | 03/04/03 | English translation of fax dated 5/15/97 |
| 103 | | 03/04/03 | 03/04/03 | 03/04/03 | English translation of fax dated 5/21/97 |
| 104 | | 03/04/03 | 03/04/03 | 03/04/03 | English translation of fax dated 6/13/97 |
| 105 | | 03/04/03 | 03/04/03 | 03/04/03 | English translation of fax dated 6/24/97 |
| 106 | | 03/04/03 | 03/04/03 | 03/04/03 | English translation of fax dated 7/3/97 |
| 107 | | 03/04/03 | 03/04/03 | 03/04/03 | English translation of fax dated 4/8/98 |
| 108 | | 03/04/03 | 03/04/03 | 03/04/03 | English translation of fax dated 4/9/98 |
| 109 | | 03/04/03 | 03/04/03 | 03/04/03 | English translation of fax dated 6/30/98 |
| 110 | | 03/04/03 | 03/04/03 | 03/04/03 | English translation of fax dated 7/7/98 |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 111 | | 03/04/03 | 03/04/03 | 03/04/03 | English translation of 8/8/98 fax |
| 112 | | 03/04/03 | 03/04/03 | 03/04/03 | English translation of 8/13/98 fax |
| 113 | | 03/04/03 | 03/04/03 | 03/04/03 | English translation of 8/13/98 fax |
| 114 | | 03/04/03 | 03/04/03 | 03/04/03 | English translation of 8/17/98 fax |
| 115 | | 03/04/03 | 03/04/03 | 03/04/03 | English translation of 11/24/98 fax |
| 116 | | 03/04/03 | 03/04/03 | 03/04/03 | English translation of 12/1/98 fax |
| 117 | | 03/04/03 | 03/04/03 | 03/04/03 | English translation of fax dated 12/4/98 |
| 10 | | 03/04/03 | 03/04/03 | 03/04/03 | Sagan I-Paopao brochure |
| M53 | | 03/04/03 | 03/04/03 | 03/04/03 | (Deft. Ex.) Manibusan and Associates letter to SMC dated 6/23/97 |
| 38A | | 03/04/03 | 03/04/03 | 03/04/03 | MOU between Manibusan and SMC, dated June 30, 1997 |
| 38B | | 03/04/03 | 03/04/03 | 03/04/03 | Memorandum to MOU dated August 13, 1998 |
| 27 | | 03/04/03 | 03/04/03 | 03/04/03 | SMC check to Manibusan for $6000 dated July 7, 1997 |
| 28 | | 03/04/03 | 03/04/03 | 03/04/03 | SMC check to Manibusan for $6000 dated July 8, 1997 |
| 13A | | 03/04/03 | 03/04/03 | 03/04/03 | Memorandum of Understanding between SMC Joint Venture and GHC dated 7/26/97 |
| 15 | | 03/04/03 | 03/04/03 | 03/04/03 | $50,000 check from SMC to GHC dated August 14, 1997 for "Administrative Fee" |
| 29 | | 03/04/03 | 03/04/03 | 03/04/03 | SMC check to Manibusan for $1,000 dated May 9, 1998 |
| 30 | | 03/04/03 | 03/04/03 | 03/04/03 | SMC check to Manibusan for $500 dated May 9, 1998 |
| 31 | | 03/04/03 | 03/04/03 | 03/04/03 | SMC check to Manibusan for $1,500 dated June 1, 1998 |
| 32 | | 03/04/03 | 03/04/03 | 03/04/03 | SMC check to Manibusan for $1,000 dated June 20, 1998 |
| 33 | | 03/04/03 | 03/04/03 | 03/04/03 | SMC check to Manibusan for $1,500 dated June 30, 1998 |
| 34 | | 03/04/03 | 03/04/03 | 03/04/03 | SMC check to Manibusan for $1,000 dated Juky 2, 1998 |
| 35 | | 03/04/03 | 03/04/03 | 03/04/03 | SMC check to Manibusan for $5,000 dated August 17, 1998 |
| 36 | | 03/04/03 | 03/04/03 | 03/04/03 | SMC check to Manibusan for $4,000 dated November 6, 1998 |
| 48 | | 03/04/03 | 03/04/03 | 03/04/03 | Manibusan & Associates letter to SMC dated June 19, 1998, signed by Edgar Molinas, asking for $40,000 |
| 19 | | 03/04/03 | 03/04/03 | 03/04/03 | February 4, 2000 letter from Sablan to SMC that $50,000 not refundable, from SMC company files |
| 13F | | 03/04/03 | 03/04/03 | 03/04/03 | February 4, 2000 letter from SMC to GHC requesting conversion of $50,000 to the MRB program |
| | M120 | 03/04/03 | 03/04/03 | 03/04/03 | Second Sagan I-Paopao brochure |
| | M122 | 03/04/03 | 03/04/03 | 03/04/03 | Advertisement for SMC houses |
| | M123 | 03/04/03 | 03/04/03 | 03/04/03 | Advertisements for Sagan I-Paopao in the Pacific Voice dated 1/09/00 |
| | M124 | 03/04/03 | 03/04/03 | 03/04/03 | Sagan I-Paopao homes advertisement |
| | M125 | 03/04/03 | 03/04/03 | 03/04/03 | Sagan I-Paopao home advertisements in the Guam Super Shopper dated 6/22/00 |
| | M126 | 03/04/03 | 03/04/03 | 03/04/03 | Grand Opening advertisements for Sagan I-Paopao housing division |
| W9 | | 03/05/03 | ---------- | ------------ | **TERESITA F. FLORES** |
| 162 | | 03/05/03 | 03/05/03 | 03/05/03 | Diagram drawn by Teresita Flores regarding seating arrangement of TLUC |
| 22(s) | | 03/05/03 | 03/05/03 | 03/05/03 | Timeline of Lee's Entries/Exits Guam (substitute exhibit) |
| 37 | | 03/05/03 | 03/05/03 | 03/05/03 | Guam Land Use Commission Notice of Action dated June 12, 1998, approving SMC's request for an extension of its Tentative Approval |
| | M130 | 03/05/03 | 03/05/03 | 03/05/03 | SMC campaign contributions to the '98 Committee for $500.00 dated 11/19/97 |
| | M131 | 03/05/03 | 03/05/03 | 03/05/03 | SMC check to the '98 committee for $500.00 dated 5/26/99 |
| | M148 | 03/05/03 | 03/05/03 | 03/05/03 | Letter from Shinil to Smart Credit dated 4/19/00 |
| | M149 | 03/05/03 | 03/05/03 | 03/05/03 | Fax transmittal from SMC to Smart Credit - no date |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W10 | | 03/06/03 | ---------- | --------- | RONALD DeGUZMAN |
| W11 | | 03/06/03 | ---------- | --------- | IL JOONG JOO |
| W12 | | 03/06/03 | ---------- | --------- | TOM MANIBUSAN |
| 66 | | 03/06/03 | 03/06/03 | 03/06/03 | Guam Rev & Tax certificate of non-filing of taxes re Tom Manibusan dba SmartCredit and Tom Manibusan |
| 153 | | 03/06/03 | 03/06/03 | 03/06/03 | Power of Attorney executed by Tom Manibusan January 10, 1999, giving Marilyn Manibusan control of SmartCredit and Guam Rev & Tax business license for SmartCredit |
| 78 | | 03/06/03 | 03/06/03 | 03/06/03 | Signature Card for Bak of Guam SmartCredit account |
| 81 | | 03/06/03 | 03/06/03 | 03/06/03 | Statement of Financial Affairs, Bankruptcy Case No. 00-00006, filed March 3, 2000 |
| 161 | | 03/06/03 | 03/06/03 | 03/06/03 | General Power of Attorney from Thomas Manibusan to Marilyn Manibusan |
| 80 | | 03/06/03 | 03/06/03 | 03/06/03 | Manibusan bankruptcy petition - filed January 10, 2000 |
| W13 | | 03/06/03 | ---------- | --------- | GAYLE LAU |
| 154 | | 03/06/03 | 03/06/03 | 03/06/03 | Bank of Hawaii Notices of Postponement of Foreclosure sale concerning Manibusan's residence |
| W11 | | 03/06/03 | ---------- | --------- | (Recalled) IL JOONG JOO |
| 39 | | 03/06/03 | | | SMC Letter to Sablan dated July 9, 1997 proposing joint initiative |
| | M323 | 03/06/03 | 03/06/03 | 03/06/03 | Check #173 from Marilyn Manibusan to Frank Castro for $5,000 |
| | M324 | 03/06/03 | 03/06/03 | 03/06/03 | Check #184 from Marilyn Manibusan to Frank Castro |
| | M325 | 03/06/03 | 03/06/03 | 03/06/03 | Check from Marilyn Manibusan to Frank Castro |
| | M326 | 03/06/03 | 03/06/03 | 03/06/03 | Account balance for Manibusan and Associates dated 6/30/96 |
| | M327 | 03/06/03 | 03/06/03 | 03/06/03 | Check from Manibusan and Associates to Frank Castro for $3,500 and cash out slip |
| | M328 | 03/06/03 | 03/06/03 | 03/06/03 | Manibusan and Associates account print out dated 8/31/96 |
| | M329 | 03/06/03 | 03/06/03 | 03/06/03 | Check from Marilyn Manibusan to Frank Castro for $1,000 |
| | M330 | 03/06/03 | 03/06/03 | 03/06/03 | Check from Marilyn Manibusan to Frank Castro |
| | M333 | 03/06/03 | 03/06/03 | 03/06/03 | Clearing & Grading Permit for Alejandrina Manibusan dated 7/28/95 |
| 14 | | 03/07/03 | 03/07/03 | 03/07/03 | Minutes of GHC Board of Directors meeting July 16,1997 |
| 16 | | 03/07/03 | | | August 8, 1997 acknowledgment of receipt of $50,000 by Sablan |
| 13B | | 03/07/03 | 03/07/03 | 03/07/03 | March 20, 1998, SMC Joint Venture Letter |
| 13E | | 03/07/03 | 03/07/03 | 03/07/03 | Copy of Letter from Joo/SMC to GHC specifying the payee for the $50,000 check |
| 13D | | 03/07/03 | 03/07/03 | 03/07/03 | May 12, 1998 letter from Sablan to SMC approving refund of $50,000 check |
| 18A | | 03/07/03 | 03/07/03 | 03/07/03 | GHC check #008046 dated May 13, 1998 for $50,000 payable to SMC Joint Venture c/o Il Joong Joo |
| 18B | | 03/07/03 | 03/07/03 | 03/07/03 | Back of check #008046 |
| 41 | | 03/07/03 | 03/07/03 | 03/07/03 | Bank of Guam counter check 0094 drawn on the account of Il Joong Joo for $7,000 payable to cash, dated May 14, 1998 |
| 43 | | 03/07/03 | 03/07/03 | 03/07/03 | Bank of counter check 0095 drawn on the account of Il Joong Joo for $26,300 and deposit slip into Manibusan's account #0101-231223 |
| 42 | | 03/07/03 | | | Signature Card for Il Joong Joo account #0621-000762 |
| 46 | | 03/07/03 | 03/07/03 | 03/07/03 | IRS Printout of Manibusan's Cash Transaction Reports, reflecting she rec'd $20,000 cash |
| 44 | | 03/07/03 | 03/07/03 | 03/07/03 | GHC check #008046 for $50,000, payable to SMC Joint Venture c/o Mr. Joo |
| 45 | | 03/07/03 | 03/07/03 | 03/07/03 | Receipt from Manibusan to Il Joong Joo for $7,000 cash and a $26,300 check |
| 155 | | 03/07/03 | | | Promissory note from Manibusan to SMC for $53,000 "cash advances" |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 13 | | 03/07/03 | 03/07/03 | 03/07/03 | Documents in the SMC file at the Guam Housing Corporation |
| 13C | | 03/07/03 | 03/07/03 | 03/07/03 | Copy of March 20, 1998, letter with notations written on it |
| 13F | | 03/07/03 | 03/07/03 | 03/07/03 | February 4, 2000, letter from SMC to GHC requesting conversion of $50,000 to MRB program |
| 67 | | 03/07/03 | 03/07/03 | 03/07/03 | Cassette tape of Il Joong Joo's telephone call to Sablan |
| 68 | | 03/07/03 | 03/07/03 | 03/07/03 | Transcript of Joo's call to Sablan |
| 144 | | 03/07/03 | 03/07/03 | 03/07/03 | Video tape of April 28, 2000, meeting at the Santa Fe Hotel between Manibusan and Il Joong Joo |
| 145 | | 03/07/03 | 03/07/03 | 03/07/03 | Transcription of April 28, 2000, video tape |
| | M334 | 03/07/03 | | | MOU - SMC Joint Venture & Guam Housing Corporation |
| | M335 | 03/07/03 | | | Ltr. Dated 7-23-97 to Mr. Joo from David Dooley |
| | W1 | 03/10/03 | ------- | ------- | GEORGE BUTLER |
| | M95 | 03/11/03 | 03/11/03 | 03/11/03 | English translation of Shinil correspondence dated 5/15/97 |
| | M93 | 03/11/03 | 03/11/03 | 03/11/03 | English translation of 1/28/97 |
| | M92 | 03/11/03 | 03/11/03 | 03/11/03 | Shinil interoffice correspondence dated 1/28/97 |
| | M97 | 03/11/03 | 03/11/03 | 03/11/03 | English translation of Shinil correspondence dated 5/21/97 |
| | M96 | 03/11/03 | 03/11/03 | 03/11/03 | Shinil correspondence dated 5/21/97 |
| | M98 | 03/11/03 | 03/11/03 | 03/11/03 | Shinil correspondence dated 6/13/97 |
| | M99 | 03/11/03 | 03/11/03 | 03/11/03 | English translation of Shinil correspondence dated 6/13/97 |
| | M99b | 03/11/03 | 03/11/03 | 03/11/03 | Shinil correspondence dated 6/24/97 |
| | M100 | 03/11/03 | 03/11/03 | 03/11/03 | English translation of Shinil correspondence dated 6/24/97 |
| | M55 | 03/11/03 | 03/11/03 | 03/11/03 | Memorandum of Understanding between SMC and Manibusan and Associates dated 6/30/97 |
| | M58 | 03/11/03 | 03/11/03 | 03/11/03 | SMC check to Manibusan and Assocaites for $6,000.00 7/07/97 |
| | M59 | 03/11/03 | 03/11/03 | 03/11/03 | SMC check to Manibusan and Associates for $6,000 7/08/97 |
| | M56 | 03/11/03 | 03/11/03 | 03/11/03 | Agreement between SMC and Manibusan and Associates 6/30/97 |
| | M2 | 03/11/03 | 03/11/03 | 03/11/03 | Memorandum of understanding - GHC and SMC |
| | M3 | 03/11/03 | 03/11/03 | 03/11/03 | SMC check for $50,000 to GHC |
| | M279 | 03/11/03 | 03/11/03 | 03/11/03 | Letter to Il Joong Joo from James G. Sablan regarding acknowledging receipt of nonrefundable fee 8/8/97 |
| | M4 | 03/11/03 | 03/11/03 | 03/11/03 | SMC letter to GHC dated 3/20/97 |
| | M285 | 03/11/03 | 03/11/03 | 03/11/03 | Letter to Joo from James Sablan and Clyde Beaver returning $50,000.00 to SMC Joint Venture 5/12/98 |
| | M72 | 03/11/03 | 03/11/03 | 03/11/03 | GHC Corporation check to SMC for $50,000.00 5/13/98 |
| | M71 | 03/11/03 | 03/11/03 | 03/11/03 | SMC Letter to GHC dated 5/13/98 |
| | M73 | 03/11/03 | 03/11/03 | 03/11/03 | Bank of Guam deposit account agreement fo Il Joong Joo 5/14/98 |
| | M75 | 03/11/03 | 03/11/03 | 03/11/03 | Check signed for cash for $7,000.00 for Joo 5/14/98 |
| | M76 | 03/11/03 | 03/11/03 | 03/11/03 | Check from Joo to Marilyn Manibusan for $26,300.00 5/14/98 |
| | M74 | 03/11/03 | 03/11/03 | 03/11/03 | Receipt for $50,000.00 signed by Marilyn Manibusan |
| | M77 | 03/11/03 | 03/11/03 | 03/11/03 | Statement of account for Joo dated 5/17/98 |
| | M78 | 03/11/03 | 03/11/03 | 03/11/03 | Statement of account for Joo dated 6/15/98 |
| | M81 | 03/11/03 | 03/11/03 | 03/11/03 | Check for Cash from Joo's account for $2,000.00 dated 5/18/98 |
| | M82 | 03/11/03 | 03/11/03 | 03/11/03 | Check for Cash from Joo's account dated 5/22/98 for $3,500.00 |
| | M83 | 03/11/03 | 03/11/03 | 03/11/03 | Check for Cash for $2,500.00 on 5/26/98 Joo's account |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | M84 | 03/11/03 | 03/11/03 | 03/11/03 | Check for Cash - Joo's account for $500.00 dated 5/29/98 |
| | M85 | 03/11/03 | 03/11/03 | 03/11/03 | Check to Bank of Guam from Joo's account for $3,000.00 for a TCD dated 6/10/98 |
| | M86 | 03/11/03 | 03/11/03 | 03/11/03 | Check for Cash on Joo's account for $500.00 dated 6/11/98 |
| | M87 | 03/11/03 | 03/11/03 | 03/11/03 | Check for Cash for $2,500.00 from Joo's account 6/18/98 |
| | M88 | 03/11/03 | 03/11/03 | 03/11/03 | Check for Cash from Joo's account for $700.00 dated 6/19/98 |
| | M89 | 03/11/03 | 03/11/03 | 03/11/03 | Check for Cash form Joo's account for $500.00 dated 6/24/98 |
| | M90 | 03/11/03 | 03/11/03 | 03/11/03 | Check for Cash from Joo's account for $400.00 dated 6/25/98 |
| | M322 | 03/11/03 | 03/11/03 | 03/11/03 | Income tax return for Jo Woo Lee for $340.16 |
| | M105 | 03/11/03 | 03/11/03 | 03/11/03 | Shinil correspondence dated 4/09/98 |
| | G108 | 03/11/03 | 03/11/03 | 03/11/03 | (Government's Ex.) English translation of 4/9/98 fax |
| | M128 | 03/11/03 | 03/11/03 | 03/11/03 | SMC letter to Ron Sablan re: Sagani-Papao Escrow Instructions dated 12/21/99 |
| | M129 | 03/11/03 | 03/11/03 | 03/11/03 | Letter from Joo to Title Guaranty on Escrow instructions dated 12/29/99 |
| | M130 | 03/11/03 | 03/11/03 | 03/11/03 | SMC campaign contributions to the '98 Committee for $500.00 dated 11/19/97 |
| | M131 | 03/11/03 | 03/11/03 | 03/11/03 | SMC check to the '98 committee for $500,000 dated 5/26/99 |
| | M10 | 03/11/03 | 03/11/03 | 03/11/03 | SMC letter to James Sablan dated 02/04/00 |
| | M91 | 03/11/03 | 03/11/03 | 03/11/03 | Letter of Immunity to Mr. Il Joong Joo dated 4/17/00 |
| | M280 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $3000 |
| | M281 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $1500 |
| | M282 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $2000 |
| | M283 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $2000 |
| | M284 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $3000 |
| | M286 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $1000 |
| | M287 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $3000 |
| | M288 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $2000 |
| | M289 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $1500 |
| | M290 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $2000 |
| | M291 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $1000 |
| | M292 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $500 |
| | M293 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $2000 |
| | M294 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $500 |
| | M295 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $2000 |
| | M296 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $500 |
| | M297 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $2000 |
| | M298 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $2000 |
| | M299 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $2000 |
| | M300 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $2000 |
| | M301 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $2000 |
| | M302 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $1000 |
| | M303 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $500 |
| | M304 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $2000 |
| | M305 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $2000 |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | M306 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $2000 |
| | M307 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $1000 |
| | M308 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $1000 |
| | M309 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $2000 |
| | M310 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $2000 |
| | M311 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $2000 |
| | M312 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $1000 |
| | M313 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $1000 |
| | M314 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $500 |
| | M315 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $1000 |
| | M316 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $825.21 |
| | M317 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $1856.21 |
| | M318 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $958.51 |
| | M319 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for 41427.20 |
| | M320 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $958.51 |
| | M321 | 03/11/03 | 03/11/03 | | SMC Joint Venture Check for $500 |
| W12 | | 03/11/03 | ---------- | ---------- | **CHAN SIK KIM** |
| 24 | | 03/12/03 | 03/12/03 | 03/12/03 | Contract dated August 12, 1997, between Manibusan and Loksan International |
| 23A | | 03/12/03 | 03/12/03 | 03/12/03 | Loan Agreement executed on February 27, 1997 between Marilyn Manibusan and Loksan Int. |
| 23B | | 03/12/03 | 03/12/03 | 03/12/03 | Secured Promissory Note by Manibusan for $20,000 |
| 23C | | 03/12/03 | 03/12/03 | 03/12/03 | Mortgage of L3412-1-3-3-3 to secure payment of loan, executed by Marilyn Manibusan acting for her mother Alejandrina Manibusan |
| 23D | | 03/12/03 | 03/12/03 | 03/12/03 | Citizens Security Bank partial statement of Loksan International checking account for 2/28/97, reflecting $20,000 check was cashed |
| 23E | | 03/12/03 | 03/12/03 | 03/12/03 | Report from Division of Land Records regarding mortgage #559982 |
| 25 | | 03/12/03 | 03/12/03 | 03/12/03 | Receipt by Manibusan acknowledging contract fee of $25,000 |
| 26A | | 03/12/03 | 03/12/03 | 03/12/03 | $5,000 on July 27, 1997 |
| 26B | | 03/12/03 | 03/12/03 | 03/12/03 | $20,000 on August 16, 1997 |
| 26C | | 03/12/03 | 03/12/03 | 03/12/03 | $1,000 on May 28, 1998 |
| 26D | | 03/12/03 | 03/12/03 | 03/12/03 | $4,000 on May 30, 1998 |
| 151 | | 03/12/03 | 03/12/03 | 03/12/03 | Copy of Loksan check for $1,000 to Manibusan, dated June 2, 1997 |
| | M336 | 03/12/03 | 03/12/03 | 03/12/03 | Ltr dated 4-29-97 to Mr. Choi from Loksan International |
| | M247 | 03/12/03 | 03/12/03 | 03/12/03 | Letter from Reliable Services to Asiana Airlines dated 12/18/98 |
| | M242 | 03/12/03 | 03/12/03 | 03/12/03 | Letter from Loksan to AGI re: billing dated 6/01/98 |
| | M226 | 03/12/03 | 03/12/03 | 03/12/03 | Correspondence from Atty Roland Fairfield to Marilyn Manibusan re: Mr. Kim's immigration situation dated 4/23/97 |
| | M237 | 03/12/03 | 03/12/03 | 03/12/03 | Letter from Loksan to U.S. Department of Labor re: Labor Complaint dated 5/12/98 |
| | M239 | 03/12/03 | 03/12/03 | 03/12/03 | Correspondence from Loksan to bank officers dated 5/28/98 |
| | M240 | 03/12/03 | 03/12/03 | 03/12/03 | Loksan Memorandum to all employees |
| 175 | | 03/12/03 | 03/12/03 | 03/12/03 | David Properties - PTR and Purchase Agreement for sale of property Lot 3412-1-3-1-R7 |
| 176 | | 03/12/03 | 03/12/03 | 03/12/03 | Manibusan's Chapter 13 Plan |

Case 1:02-cr-00012   Document 380   Filed 06/06/2008   Page 11 of 13

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 177 | | 03/12/03 | 03/12/03 | 03/12/03 | Warranty Deed - 20th of April, 2000 - Thomas Manibusan |
| 178 | | 03/12/03 | 03/12/03 | 03/12/03 | Mortgage with Power of Sale (Dateline) |
| 47 | | 03/12/03 | 03/12/03 | 03/12/03 | JTG Services check to Manibusan for $10,000, dated March 5, 1998 |
| 82 | | 03/12/03 | 03/12/03 | 03/12/03 | First Savings & Loan check to GHC for $1,415.50 dated 12/22/99 |
| 83 | | 03/12/03 | 03/12/03 | 03/12/03 | First Savings & Loan check to GHC for $1,501 dated 12/24/99; deposited into Manibusan's personal account #2-16294 at CSB less $501 cash |
| 65 | | 03/12/03 | 03/12/03 | 03/12/03 | TLUC Notice of Approval for SMC's Final Application for Sagen I-Papao, signed by Manibusan July 12, 1998 |
| 156 | | 03/12/03 | 03/12/03 | 03/12/03 | $2,000 check from Seaatar Group to Manibusan, deposited by Manibusan Nov. 4, 1998 |
| W13 | | 03/12/03 | ---------- | ------------ | **STEVE BARCINAS** |
| 17 | | 03/12/03 | 03/12/03 | 03/12/03 | GHC Request Payment Voucher dated May 13, 1998 |
| 119 | | 03/12/03 | 03/12/03 | 03/12/03 | GHC check voucher showing $50,000 reimbursement to SMC |
| W14 | | 03/12/03 | ---------- | ------------ | **TERESITA SALUMBIDES** |
| W15 | | 03/12/03 | ---------- | ------------ | **RICHARD NORTHEY** |
| 77 | | 03/12/03 | 03/12/03 | 03/12/03 | Federal Deposit Insurance Corp. Certificate re Citizens Security Bank |
| 71 | | 03/12/03 | 03/12/03 | 03/12/03 | Manibusan's Consumer Loan application to Citizen's Security Bank dated 2/26/99 |
| 72 | | 03/12/03 | 03/12/03 | 03/12/03 | Manibusan's Financial Statement |
| 73 | | 03/12/03 | 03/12/03 | 03/12/03 | Letter from William Flores to Manibusan re purchase of two lots |
| 74 | | 03/12/03 | 03/12/03 | 03/12/03 | Credit Report re: Manibusan |
| 75 | | 03/12/03 | 03/12/03 | 03/12/03 | Consumer Loan Worksheet |
| 76 | | 03/12/03 | 03/12/03 | 03/12/03 | Manibusan's promissory note to Citizen's Security Bank for $12,000 loan |
| | M184 | 03/13/03 | 03/13/03 | 03/13/03 | Marilyn Manibusan promissory note for $12,000 dated 2/26/99 |
| | M189 | 03/13/03 | 03/13/03 | 03/13/03 | Letter to Jerry Cruz from Marilyn Manibusan dated 1/19/99 |
| | M196 | 03/13/03 | 03/13/03 | 03/13/03 | Application checklist for Manibusan loan request for $640,000 dated 4/29/99 |
| | M206 | 03/13/03 | 03/13/03 | 03/13/03 | CSB letter to Marilyn Manibusan on loan denial dated 5/17/99 |
| | M190 | 03/13/03 | 03/13/03 | 03/13/03 | Letter to Kurt Moylan from Alejandrina Manibusan dated 1/19/99 |
| | M192 | 03/13/03 | 03/13/03 | 03/13/03 | Letter to Kurt Moylan to Dick Northey re: Manibusan's request for loan dated 2/22/99 |
| | M181 | 03/13/03 | 03/13/03 | 03/13/03 | Marilyn Manibusan consumer loan application for $12,000 dated 2/26/99 |
| W16 | | 03/13/03 | ------------ | ------------ | **TAI K. LEE** |
| 174 | | 03/13/03 | 03/13/03 | 03/13/03 | Summary Chart and supporting documents, Bank of Hawaii loans to Manibusan family and disbursements and expenditures |
| W17 | | 03/13/03 | ------------ | ------------ | **DAVID HERBERT** |
| 16 | | 03/13/03 | 03/13/03 | 03/13/03 | August 8, 1997, acknowledgement of receipt of $50,000 by Sablan |
| 39 | | 03/13/03 | 03/13/03 | 03/13/03 | SMC letter to Sablan dated July 9, 1997, proposing joint venture |
| 40 | | 03/13/03 | 03/13/03 | 03/13/03 | SMC letter to Sablan dated July 15, 1997, enclosing proposed MOU |
| 42 | | 03/13/03 | 03/13/03 | 03/13/03 | Signature card for Il Joong Joo |
| 69 | | 03/13/03 | 03/13/03 | 03/13/03 | Cassette tape of Debtor's Examination |
| 70 | | 03/13/03 | 03/13/03 | 03/13/03 | Transcript of Debtor's Examination |
| 79 | | 03/13/03 | 03/13/03 | 03/13/03 | Monthly statements and deposit items for BOG Smart Credit account |
| 120 | | 03/13/03 | 03/13/03 | 03/13/03 | Monthly statements and account activity, Citizens Security Bank Manibusan checking account |
| 146 | | 03/13/03 | 03/13/03 | 03/13/03 | Monthly statements and account activity, BOG Manibusan checking account |
| 147 | | 03/13/03 | 03/13/03 | 03/13/03 | Monthly statements and account activity, BOG Manibusan & Associates checking account |
| 154 A | | 03/13/03 | 03/13/03 | 03/13/03 | Bank of Hawaii Notices of Postponement of Foreclosure |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 154 B | | 03/13/03 | 03/13/03 | 03/13/03 | Bank of Hawaii Notices of Postponement of Foreclosure |
| 155 | | 03/13/03 | 03/13/03 | 03/13/03 | June 30, 2000, Promissory note from Manibusan to SMC for $53,000 cash advances |
| 158 | | 03/13/03 | 03/13/03 | 03/13/03 | TLUC Final Approval for the Santos Ocean Housing Project |
| 175 | | 03/13/03 | 03/13/03 | 03/13/03 | Title Guaranty documents concerning the disbursement of monies paid for the purchase of Tom Manibusan's L3412-1-3-1-R7 |
| | W2 | 03/14/03 | ------------ | ------------ | ANGIE KWON |
| | W3 | 03/14/03 | ------------ | ------------ | JOSEPHINE MC DONALD |
| | W4 | 03/14/03 | ------------ | ------------ | JOHN SHERMAN |
| | M338 | 03/17/03 | 03/17/03 | 03/17/03 | Performance Bond |
| | W5 | 03/17/03 | ------------ | ------------ | EDWARD CHOI |
| | M52 | 03/17/03 | 03/17/03 | 03/17/03 | Micronesian Capitol Holdings and SMC's agreement for consultant services |
| W18 | | 03/17/03 | ------------ | ------------ | VAUGHN C. WATSON |
| | W6 | 03/17/03 | ------------ | ------------ | CLYDE BEAVER |
| | M1 | 03/17/03 | 03/17/03 | 03/17/03 | GHC - What is a mortgage revenue bond? |
| | M5 | 03/17/03 | 03/17/03 | 03/17/03 | SMC letter to GHC with Sablan notes |
| | M8 | 03/17/03 | 03/17/03 | 03/17/03 | First Savings and Loan Check to Guam Housing for $1,415.00 |
| | M9 | 03/17/03 | 03/17/03 | 03/17/03 | First Savings and Loan Check to GHC for $1,501.00 |
| | M17 | 03/17/03 | 03/17/03 | 03/17/03 | Memorandum of Agreement between Manibusan Enterprises and OHC |