


**FILED**
DISTRICT COURT OF GUAM

JUN 10 2008

JEANNE G. QUINATA
Clerk of Court

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 02-00012 |
| Plaintiff, | |
| vs. | RECEIPT OF EXHIBITS |
| JAMES SABLAN, et al, | |
| Defendants. | |

I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

[X] Government's     [ ] Defendant's     [ ] Joint

**EXHIBIT NO.**     **DESCRIPTION**

1     VCR Tape submitted 2/27/2002

_____
Signature

EVANGELYN PHELPS
Name

6-10-08
Date

UNITED STATES ATTORNEYS OFFICE
Office/Firm Receiving Exhibits